THIS ORDER IS APPROVED.

Dated: December 22, 2009



*James M. Marlar*
JAMES M. MARLAR
Chief Bankruptcy Judge

---

DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 EAST BROADWAY BLVD., SUITE 200
TUCSON, AZ 85716-5300
(520) 322-5000 (tel.)
(520) 322-5585 (fax)

Nancy J. March (AZ # 12802)
nmarch@dmyl.com
John C.E. Barrett (AZ # 22813)
jbarrett@dmyl.cfom
Attorneys for Boulevard Bank

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>OSCAR R. CORELLA, SR. and ERICKA Z. CORELLA,<br><br>Debtors.<br><br>BOULEVARD BANK,<br><br>Movant,<br><br>v.<br><br>OSCAR R. CORELLA, SR., and ERICKA Z. CORELLA,<br><br>Respondents. | In Proceedings Under Chapter 7<br><br>Case No. 4-09-bk-19543-JMM<br><br>**ORDER APPROVING STIPULATION BETWEEN BOULEVARD BANK AND THE DEBTORS RESOLVING RELIEF FROM AUTOMATIC STAY AND OTHER RELATED RELIEF** |

This matter came before the Court pursuant to the <u>Stipulation for Relief From Automatic Stay and Other Related Relief</u> (the "Stipulation") and the <u>Motion to Approve Stipulation for Relief From Automatic Stay and other Related Relief</u> (the "Motion") of Boulevard Bank seeking approval of the Stipulation.

Based upon the record in this case, the Court finds as follows:

A. Due and appropriate notice of the Motion and the Stipulation was provided to the parties required to receive such notice under the applicable Bankruptcy Rules;

B. No objection has been made to the approval of the Stipulation; and

C. The Stipulation is a reasonable resolution and is a valid exercise of the Debtors' business judgment.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Stipulation and all of its terms are hereby approved;

2. All stays and injunctions prohibiting or limiting lien enforcement by Boulevard Bank with respect to the Debtors' Essex baby grand piano with bench (serial No. 105281) ("the "Piano") are hereby terminated and annulled immediately, notwithstanding the provisions of Bankruptcy Rule 4001(a)(3); and

3. Boulevard Bank will arrange to pick up the Piano from the Debtors as soon as possible and at a mutually convenient time.

SIGNED AND DATED ABOVE.